UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture | CIVIL NO. 20-cv-1597(RAM) |
| Plaintiff | Foreclosure of Mortgage In Rem |
| v. | |
| ONAIDA RIVERA SOTO, MARIBEL RIVERA SOTO a/k/a MARIBELLE RIVERA SOTO, GENOVEVA RIVERA SOTO, WILFREDO RIVERA SOTO, HIRAM RIVERA SOTO, HECTOR RIVERA SOTO, CARMEN ANA RIVERA SOTO, ANADY RIVERA SOTO a/k/a ANADI RIVERA SOTO, AND SANTIAGO RIVERA SOTO, as known members of the Estate of LUIS RIVERA NEGRON a/k/a LUIS RIVERA and the Estate of ADELA SOTO FIGUEROA a/k/a ADELA SOTO; KATY RIVERA, as known member of the Estate of EFRAIN RIVERA SOTO; ALEX DOE, CHRISTIAN DOE, ALIMARY DOE, and CRISTINA DOE, as known members of the Estate of ALICIA RIVERA SOTO; MISAEL RIVERA and MIGUEL A. RIVERA, as known members of the Estate of MIGUEL ANGEL RIVERA SOTO; JOHN DOE and RICHARD ROE as unknown members of the Estates mentioned above | |
| Defendants | |

**MOTION FOR TEMPORARY STAY UNTIL MARCH 31, 2021, PURSUANT TO ADMINISTRATIVE ORDER BY THE U.S. DEPARTMENT OF AGRICULTURE**

TO THE HONORABLE COURT:

COMES NOW plaintiff, through the undersigned counsel, and respectfully states and prays as follows:

1. Pursuant to an administrative order issued by the Farm Service Agency's Acting Administrator dated January 26, 2021, plaintiff suspended temporarily all affirmative civil debt collection and enforcement activities in the instant case until March 31, 2021.

2. Therefore, plaintiff requests a temporary stay in this case until March 31, 2021, at which time plaintiff will inform this Court of the next steps.

3. The requested stay is not meant to cause undue delay in this case. On the contrary, it is solely predicated on an administrative order of the U.S. Department of Agriculture by which plaintiff must abide.

WHEREFORE, plaintiff respectfully requests this Honorable Court to grant a temporary stay in the instant case up to and including March 31, 2021.

RESPECTFULLY SUBMITTED.

Certificate of service: I hereby certify that on this same date I have filed a true and exact copy of the foregoing motion using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants. I further certify that I sent a copy of this motion to defendants to the following addresses: Christian Vargas Rivera to: 53 Margerie St. Meriden, CT 06450; to Wilfredo Rivera Soto to: 52 Nutmeg Dr. #10 Meriden, CT 06451 and PO Box 344 Meriden, CT 06451; to all other defendants to: St. Rd. 613, Km. 8.1, Int Tetuán Ward Utuado, P.R. 00641.

In Guaynabo, Puerto Rico, this 28th day of January 2021.

/s/ Juan C. Fortuño Fas
JUAN C. FORTUÑO FAS
USDCPR 211913
Counsel for Plaintiff
P.O. BOX 9300 SANTURCE, PR 00908
TEL: [787] 751-5290 / FAX: [787] 751-6155
E-MAIL: dcfilings@fortuno-law.com

1521.196